DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER RUDOLPH BROWN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3714

[March 21, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312010CF000427A, 312010CF000461A, and 312010CF000462A.

Christopher Rudolph Brown, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and FORST, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*